UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

**21 MC 102 (AKH)**

IN RE: LOWER MANHATTAN
MANHATTAN DISASTER SITE LITIGATION

_____

LUZ MANCO,                                                      08-CIV-2654 (AKH)

                          Plaintiff,

    -against-

100 CHURCH, LLC, ET. AL.,

                         Defendants.
_____

## NOTICE OF APPEARANCE

       Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated: Albany, New York
       May 15, 2008                 WHITEMAN OSTERMAN & HANNA LLP

                                        /s/ John J. Henry
                            BY: _____
                                 John J. Henry (JH-7137)
                                 William S. Nolan (WN-8091)
                                 Attorneys for Defendant TRC Engineers, Inc.
                                 One Commerce Plaza
                                 Albany, New York  12260
                                 (518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 15th day of May, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer

_____

Carrie L. Lalyer