UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

LUZ MANCO,                                              08CV2654(AKH)

                              Plaintiff(s),    **NOTICE OF APPEARANCE**

              -against-

100 CHURCH LLC, et al.,

                              Defendants.

        **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel

for Defendants **2 BROADWAY LLC** in the above-captioned action and all future

correspondence and papers filed or serviced in connection with the above-captioned action are to

be directed to the undersigned.

Dated:    New York, New York
          May 20, 2008

                              Yours etc.,

                              HARRIS BEACH PLLC
                              *Attorneys for Defendant*
                              **2 BROADWAY LLC**


                              _____/s/_____
                              Stanley Goos, Esq. (SG-7062)
                              100 Wall Street
                              New York, NY  10005
                              212 687-0100
                              212 687-0659 (Fax)

## <u>CERTIFICATION AS TO SERVICE</u>

The undersigned certifies that on May 20, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1.    2 Broadway LLC Notice of Appearance

Dated: May 20, 2008

_____/s/_____
Stanley Goos, Esq. (SG 7062)