UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x
LUZ MANCO,                                                                                              08CIV2654

                                 Plaintiffs,

    - against -

lOO CHURCH, LLC, 120 LIBERTY STREET
LLC 2 BROADWAY LLC, 20 BROAD STREET
CO -, 90 CHURCH STREET LIMITED
PARTNERSHIP, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., AMG REALTY
PARTNERS, LP, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFORUSA GROUP, INC., BFP
ONE LIBERTY PLAZA CO., LLC,,
BL^CKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD
OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIALPROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., COLLIERS
ABR INC, CUNNINGHAM DUCT CLEANING
CO., INC., ENVIROTECH CLEAN AIR, INC.,
GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC,
HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., JONES LANG LASALLE AMERICAS,
INC., JONES LANG LASALLE SERVICES, INC.,
KASCO RESTORATION SERVICES CO.,
LAWENGINEERING P.C, MERRILL LYNCH &
CO, INC., NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC., NEW LIBERTY
PLAZA LP, NEW YORK CITY INDUSTRIAL
DEVELOPMENT AGENCY, NEW YORK CITY
INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING

AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY PLAZA, R Y MANAGEMENT CO., INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, RY MANAGEMENT, SABINE ZERARKA, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO # 1178), THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), TOSCORP INC. TRC ENGINEERS, INC., TUCPCER ANTHONY, INC., VORNADO OFFICE MANAGEMENT LLC, WESTON SOLUTIONS, INC, VFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA, CO. GP, CORP., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP, WFP TOWER A. *CO.*, L.P., WFP TOWER B CO. G-P- CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WORLD FINANCIAL PROPERTIES, L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL

Defendants.
-------------------------------------------------------------------x

**ENVIROTECH CLEAN AIR'S ANSWER TO COMPLAINT BY ADOPTION**

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       May 23, 2008

                              Yours, etc.

                              FRIEDMAN, HARFENIST, LANGER & KRAUT
                              Attorneys for Defendant –Envirotech
                              3000 Marcus Avenue, Suite 2E1
                              Lake Success, New York 11042
                              (516) 775-5800

BY: _____
                Heather L. Smar (4622)