Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to
as "RY")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

LUZ MANCO,                        Index No.: 08-CV-2654

                   Plaintiff(s),       **NOTICE OF ADOPTION OF ANSWER
                                                           TO MASTER COMPLAINT**

     -against-

                                                                **ELECTRONICALLY FILED**

100 CHURCH, LLC, *et al.*,

                   Defendant(s).
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated October 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
May 22, 2008

>                    Yours etc.,
>
>                    McGIVNEY & KLUGER, P.C.
>                    Attorneys for Defendant
>                    RY MANAGEMENT CO., INC., i/s/h/a RY
>                    MANAGEMENT (hereinafter referred to as "RY"),
>
>                    By: _____
>                    Richard E. Leff (RL-2123)
>                    80 Broad Street, 23rd Floor
>                    New York, New York 10004
>                    (212) 509-3456

TO:   WORBY GRONER & NAPOLI BERN, LLP
      Plaintiffs Liaison
      In Re Lower Manhattan Disaster Site
      Litigation
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267-3700

      All Defense Counsel