Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
VORNADO OFFICE MANAGEMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    21 MC 102 (AKH)

LUZ MANCO,                                               Index No.: 08-CV-2654

                          Plaintiff(s),          **NOTICE OF ADOPTION OF ANSWER
                                                 TO MASTER COMPLAINT**

    -against-
                                                 **ELECTRONICALLY FILED**

100 CHURCH, LLC, *et al.*,

                          Defendant(s).
--------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, VORNADO OFFICE MANAGEMENT, LLC,

by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set

forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint

filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August

1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster

Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the defendant, VORNADO OFFICE MANAGEMENT, LLC, demands

judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 20, 2008

                              Yours etc.,

                              McGIVNEY & KLUGER, P.C.
                              Attorneys for Defendant
                              VORNADO OFFICE MANAGEMENT, LLC

                              By: _____
                                  Richard E. Leff (RL-2123)
                                  80 Broad Street, 23rd Floor
                                  New York, New York 10004
                                  (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel